# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LEANNE CLAUSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:17-cv-01484-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 14, 16) |

Plaintiff Lisa Leanne Clausen filed a complaint on November 3, 2017, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On July 5, 2018, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to file an opening brief in compliance with the scheduling order. On July 6, 2018, Plaintiff filed an opening brief and a response to the order to show cause. Based on Plaintiff's response, the order to show cause issued on July 5, 2018, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **July 9, 2018**

UNITED STATES MAGISTRATE JUDGE

1