MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 268-5602
     Facsimile: (415) 744-0134
     E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LISA LEANNE CLAUSEN,<br><br>        Plaintiff,<br><br>  vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-01484-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF Nos. 18, 19) |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGMENT OF THE UNITED STATES DISCRICT COURT:

Defendant Nancy A. Berryhill hereby responds to the Order to Show Cause (OSC) (Dkt. No. 18). Defendant apologizes to this Court and to Plaintiff for failing to file her opening brief in a timely manner. Due the Court's previous OSC (Dkt. No. 14), and Defendant's counsel's need to take intermittent medical leave during the last several months, counsel neglected to set this case back on her calendar after Plaintiff filed her brief and the Court discharged the OSC (Dkt. No. 17).

1

Federal Rules of Civil Procedure 60(b) allows the court to relieve a party and/or counsel for mistake, inadvertence, or excusable neglect.  Counsel's mistake falls within the parameters of this rule.  Due to counsel's ongoing health issues and a very heavy workload, Defendant respectfully requests a 30-day extension from the current due date to file her opening brief.  The current due date is August 13, 2018, and the new due date would be September 12, 2018.  Plaintiff has stipulated to this extension.  The Commissioner sincerely apologizes to this Court and to Plaintiff for any inconvenience cause by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, with Plaintiff's reply due September 17, 2018.

Respectfully submitted,

Dated: August 9, 2018          /s/ *Cyrus Safa*_____
                               (*as authorized via email on August 9, 2018)
                               CYRUS SAFA
                               Attorney for Plaintiff


Dated: August 9, 2018          MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                          By:  /s/ *Gina Tomaselli*_____
                               GINA TOMASELLI
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

2                                      <u>ORDER</u>

3          Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

4          1.      The order to show cause issued August 9, 2018 is DISCHARGED;

5          2.      Defendant's response to Plaintiff's opening brief shall be filed on or before

6                  September 12, 2018; and

7          3.      Plaintiff's reply, if any, shall be filed on or before September 27, 2018.

8

9    IT IS SO ORDERED.

10   Dated:   **August 13, 2018**        _____
                                         UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28